```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 13462
  MICHAEL K HINTON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-5225


---------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 04/09/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/05/2008.
---------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------
MIDAMERICA FEDERAL SAVIN CURRENT MORTG          .00           .00            .00
CONNOLLY & ELK & WILLIAM NOTICE ONLY     NOT FILED            .00            .00
MIDAMERICA FEDERAL SAVIN MORTGAGE ARRE   10092.94             .00        10092.94
CONNOLLY & ELK & WILLIAM NOTICE ONLY     NOT FILED            .00            .00
ELECTRONIC REGISTRATION  NOTICE ONLY     NOT FILED            .00            .00
US DEPT OF EDUCATION     UNSEC W/INTER    5036.09          252.38            .00
NICOR GAS                UNSEC W/INTER     359.02           41.64         123.89
HELLER & RICHMOND~       DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                          556.15
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE             11,067.00

PRIORITY                                          .00
SECURED                                     10,092.94
UNSECURED                                      123.89
    INTEREST                                   294.02
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           556.15
DEBTOR REFUND                                     .00
                   ---------------         ---------------
TOTALS              11,067.00               11,067.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 13462 MICHAEL K HINTON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |